### J. J. VAN DERVOORT v. STATE.
### No. 14998.

Court of Criminal Appeals of Texas.
March 9, 1932.

M. J. Baird, of Plainview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CHRISTIAN, J.

The offense is violating the provisions of the Medical Practice Act; the punishment, a fine of $50 and confinement in jail for one minute.

No statement of facts is brought forward. We are unable to appraise the bills of excep-

tion found in the record in the absence of a statement of facts.

The judgment is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.